844

No. 60, Misc. POLK *v.* TEETS, WARDEN. Supreme Court of California. Certiorari denied.

No. 61, Misc. SHOTKIN *v.* BLACK, DISTRICT COURT JUDGE, ET AL. Supreme Court of Colorado. Certiorari denied.

No. 62, Misc. TIMMONS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Ed Dupree, A. M. Edwards* and *Nathan Siegel* for the United States.

No. 63, Misc. KERSHNER *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 65, Misc. BARBEE *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 66, Misc. SUPERO *v.* ILLINOIS. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 67, Misc. GUSIK *v.* SCHILDER, WARDEN. C. A. 6th Cir. Certiorari denied. *Morris Morgenstern, Bernard B. Direnfeld, Leo Chimo, Francis Picklow, Marvin L. Shaw* and *Cedric Griffith* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Robert G. Maysack* for respondent.

No. 68, Misc. LASALLE *v.* CARTY, WARDEN. Supreme Court of New Jersey. Certiorari denied.

No. 71, Misc. PACKWOOD *v.* BRIGGS & STRATTON CORP. ET AL. C. A. 3d Cir. Certiorari denied. *Thomas Cooch*